HARRINGTON, FOXX, DUBROW & CANTER, LLP
Edward W. Lukas, Jr., State Bar No. 155214
535 N. Brand Blvd., Suite 800
Glendale, CA 91203
Telephone (213) 489-3222
Facsimile (213) 623-7929
E-mail: elukas@hfdclaw.com

HARNESS, DICKEY & PIERCE, P.L.C.
Glenn E. Forbis (*Pro Hac Vice*)
J. Bradley Luchsinger (*Pro Hac Vice*)
Colette E. Verch *(Pro Hac Vice)*
5445 Corporate Drive, Suite 200
Troy, MI 48098
Tel. 248-641-1600
Fax: 248-641-0270
Email: gforbis@harnessip.com
bluchsinger@harnessip.com
cverch@harnessip.com

Attorneys for Defendant
STITCH INDUSTRIES, INC., d/b/a
JOYBIRD, a Delaware Corporation

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| KEVIN MILLS, an individual,<br><br>Plaintiff/Counterclaim Defendant,<br>v.<br><br>STITCH INDUSTRIES, INC., d/b/a JOYBIRD, a Delaware Corporation<br>.<br>Defendant/Counter-Claimant. | Case No: 2:24-cv-04939-ODW-AGR<br>The Hon. Otis D. Wright, II<br>The Hon. Magistrate Alicia G. Rosenberg<br><br>**DEFENDANT'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

1

**DEFENDANT'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**
2:24-cv-04939-ODW-AGR

Pursuant to Civil Local Rule 79-5, Defendant Stitch Industries d/b/a Joybird ("Joybird" or "Defendant") files this Application for Leave to file under seal portions of the following documents: 1) Defendant's Opening Brief For Partial Summary Judgment; 2) Defendant's Statement of Material Fact; 3) the Declaration of Erik Werner; and 4) supporting exhibits marked "Confidential" by Defendant under the Protective Order [ECF No. 34] entered in this case.

These documents include:

1. An unredacted copy of Defendant's Memorandum in support of Defendant's Motion for Partial Summary Judgment dated July 14, 2025;

2. An unredacted copy of Defendant's Statement of Uncontroverted Fact in support of Defendant's Motion for Partial Summary Judgment dated July 14, 2025;

3. An unredacted copy of Declaration of Erik Werner, dated June 27, 2025;

4. Exhibit A to the Declaration of Erik Werner marked "Confidential" by Defendant;

5. Exhibit B to the Declaration of Erik Werner marked "Confidential" by Defendant; and

6. Exhibit C to the Declaration of Erik Werner marked "Confidential" by Defendant.

The above documents contain and/or discuss material that Joybird has designated as "Confidential" under the Protective Order. Compelling reasons exist to file the documents under seal because the documents contain Joybird confidential information that is treated as such during the normal course of Joybird's business. Disclosure of this information would create a risk of harm to Joybird's competitive and financial position within the

industry. Examples of this highly confidential information include discussions and business documents regarding the daily rates and other financial aspects of Joybird's hiring of freelance photographers.

A proposed order granting this Application has also been filed.

Dated: July 14, 2025

/s/ Glenn E. Forbis
Glenn E. Forbis (admitted Pro Hac Vice)
J. Bradley Luchsinger (admitted Pro Hac Vice)
Colette E. Verch (admitted Pro Hac Vice)
Harness, Dickey & Pierce PLC
5445 Corporate Drive, Suite 200
Troy, MI 48098
248-641-1600
Email: gforbis@harnessip.com
bluchsinger@harnessip.com
rsiminski@harnessip.com

*Of Counsel for Defendant*
*STITCH INDUSTRIES, INC., d/b/a*
*JOYBIRD, a Delaware Corporation*

Edward W. Lukas, Jr.
Harrington, Foxx, Dubrow & Canter, LLP
535 N. Brand Boulevard, Suite 800
Glendale, CA 91203
(213) 489-3222 x227 (phone)
(424) 354-1853 (Direct Line)
(213) 622-4321 (fax)
Email: elukas@hfdclaw.com

*Local Counsel for Defendant*
*STITCH INDUSTRIES, INC., d/b/a*
*JOYBIRD, a Delaware Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will be served by operation of the Court's electronic filing system upon all counsel of record and ECF participants.

Dated: July 14, 2025 /s/ Glenn E. Forbis
Glenn E. Forbis (admitted Pro Hac Vice)

*Of Counsel for Defendant*