HARRINGTON, FOXX, DUBROW & CANTER, LLP
Edward W. Lukas, Jr., State Bar No. 155214
535 N. Brand Blvd., Suite 800
Glendale, CA 91203
Telephone (213) 489-3222
Facsimile (213) 623-7929
E-mail: elukas@hfdclaw.com

HARNESS, DICKEY & PIERCE, P.L.C.
Glenn E. Forbis (*Pro Hac Vice*)
J. Bradley Luchsinger (*Pro Hac Vice*)
Colette E. Verch *(Pro Hac Vice)*
5445 Corporate Drive, Suite 200
Troy, MI 48098
Tel. 248-641-1600
Fax: 248-641-0270
Email: gforbis@harnessip.com
bluchsinger@harnessip.com
cverch@harnessip.com

Attorneys for Defendant
STITCH INDUSTRIES, INC., d/b/a
JOYBIRD, a Delaware Corporation

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| KEVIN MILLS, an individual,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>STITCH INDUSTRIES, INC., d/b/a JOYBIRD, a Delaware Corporation<br>.<br>Defendant/Counter-Claimant. | Case No: 2:24-cv-04939-ODW-AGR<br>The Hon. Otis D. Wright, II<br>The Hon. Magistrate Alicia G. Rosenberg<br><br>**[PROPOSED]ORDER GRANTING DEFENDANT STITCH INDUSTRIES, INC. APPLICATION TO FILE DOCUMENTS UNDER SEAL** |

Defendant Stitch Industries, Inc. d/b/a Joybird's ("Joybird" or "Defendant") application for leave to file documents under seal is before the Court.

After considering the application to file under seal, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT the application of Defendant is GRANTED, and the following documents are to be filed under seal:

1. An unredacted copy of Defendant's Memorandum in support of Defendant's Motion for Partial Summary Judgment dated July 14, 2025;

2. An unredacted copy of Defendant's Statement of Uncontroverted Fact in support of Defendant's Motion for Partial Summary Judgment dated July 14, 2025;

3. An unredacted copy of Declaration of Erik Werner, dated June 27, 2025;

4. Exhibit A to the Declaration of Erik Werner marked "Confidential" by Defendant;

5. Exhibit B to the Declaration of Erik Werner marked "Confidential" by Defendant; and

6. Exhibit C to the Declaration of Erik Werner marked "Confidential" by Defendant.

Dated: July 14, 2025

/s/…………………………………..
Honorable Otis D. Wright II
United States District Court Judge